# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
**Plaintiff (Petitioner)**

CASE and/or DOCKET No.: 16-02215

Sheriff's Sale Date: _____

V.

BARRY C. GILLINS A/K/A BARRY GILLINS, ET AL,
**Defendant (Respondent)**

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BARRY C. GILLINS A/K/A BARRY GILLINS the above process on the 15 day of August, 2016, at 12:01 o'clock, PM, at 1313 N. 76TH ST. PHILADELPHIA, PA 19151, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[✓] By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____  2) _____  3) _____

Commonwealth/State of _Pa_____ )
) SS:
County of _Berks_____ )

Before me, the undersigned notary public, this day, personally, appeared __Eric Afflerbach__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this _16_ day of _August_, 20_16_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

File Number: USA-157845
Case ID #: 4670877

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service:<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD        ☐ Registered<br>☐ Delivery Confirmation ☐ Return Receipt for Merchandise<br>☐ Express Mail ☐ Signature Confirmation<br>☐ Insured | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee | |
| 1. | | | | | | | | | | | | | |
| 2. | | | | | | | | | | | | | |
| 3. | BARRY GILLINS a/k/a BARRY GILLINS<br>GILLINS, BARRY C. a/k/a BARRY GILLINS<br>1313 N. 76th St.<br>Philadelphia, PA 19151 | | | | | | | | | | | | |
| 4. | | | | | | | | | | | | | |
| 5. | BARRY GILLINS a/k/a BARRY GILLINS<br>GILLINS, BARRY C. a/k/a BARRY GILLINS<br>1917 Latona Street<br>Philadelphia, PA 19146 | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender  Total Number of Pieces Received at Post Office  Postmaster, Per (Name of receiving employee)  See Privacy Act Statement on Reverse

PS Form **3877**, February 2002 (Page 1 of 2)   Sale Date:   Philadelphia County   Complete by Typewriter, Ink, or Ball Point Pen

USA-157845   BARRY C. GILLINS a/k/a BARRY GILLINS

Postage: $002.70  PHILA, PA 19106  AUG 11 2016  USPS CONTINENTAL STATION

PCO / NB

## USPS Manifest Mailing System

Page 1

| Mailer's Name & Address | Permit Number | MAC Ver. Number |
|---|---|---|
| KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | 123 | ConnectShip Progistics 6.5 |
| | Sequence Number<br>4978-1 | Class of Mail<br>Mixed |

| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
|---|---|---|---|---|---|---|---|
| 9171999991703701203243<br>9171999991703701203243 | GILLINS, BARRY C. a/k/a BARRY GILLINS<br>1313 N. 76th St.<br>Philadelphia, PA 19151 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703701203250<br>9171999991703701203250 | GILLINS, BARRY C. a/k/a BARRY GILLINS<br>1917 Latona Street<br>Philadelphia, PA 19146 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703701203267<br>9171999991703701203267 | US Attorney General's Office<br>US DOJ<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703701203274<br>9171999991703701203274 | WEEKS JR., BENJAMIN B.<br>Corning Center for Rehabilitation and Healthcare<br>205 East 1st Street<br>Corning, NY 14830 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703701203281<br>9171999991703701203281 | BROWN, SCOTT C.<br>8451 Walsham Street<br>Charleston, SC 29420 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703701203298<br>9171999991703701203298 | BROWN, DANA L.<br>8451 Walsham Street<br>Charleston, SC 29420 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703701203304<br>9171999991703701203304 | DEVLIN, TAEISHA M.<br>4600 Edenton Place<br>Chester, VA 23831 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703701203311<br>9171999991703701203311 | HAUSMAN, LAURA C.<br>283 Bodmann Avenue<br>Cincinnati, OH 45219 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| 9171999991703701203328<br>9171999991703701203328 | HAUSMAN, DARYL D.<br>283 Bodmann Avenue<br>Cincinnati, OH 45219 | ERR<br>C | 1.640 | 1.40<br>3.45 | | | 6.49 |
| Page Totals | 9 | | 14.76 | 43.65 | | | 58.41 |
| Cumulative Totals | 9 | | 14.76 | 43.65 | | | 58.41 |

Stamp: PHILA, PA 19106 USPS CONTINENTAL STATION AUG 11 2016